AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

**SUMMONS IN A CIVIL ACTION**

United States of America
c/o Thomas A. Mauro
1020--19TH Street, NW, #400
Washington, DC 20036

Case Number:

CASE NUMBER 1:06CV00398

JUDGE: John Garrett Penn

v.

DECK TYPE: Student Loan (J)

John F. Holley

DATE STAMP: 03/06/2006

**TO:** (Name and Address of Defendant)

John F. Holley
4762 S Capitol Ter., Sw
Apt. #C
Washington, DC 20032
SSN XXX-XX-9405 /

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and Address:

Thomas A. Mauro

Suite 400
1020 19th Street, N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT

BY: *[signature]*
DEPUTY CLERK

DATE: MAR - 6 2006

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 17, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| LLOYD THOMPSON | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4762 South Capitol Terrace
    S.W. Apt C. Washington, D.C. 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 17, 2006
             Date

Signature of Server

Address of Server
1730 K St. N.W. Suite 100-201
Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.