John Holly apt. c
4762 South Capitol Ter; S.W.
Washington D.C. 20032
4/27/07

Case No. 1:06CV00398 JGP

Clerk, Civil Division
United States District Court
333 Constitution Ave N.W.
Washington D.C. 20001

RECEIVED
MAY 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I got a writ from my bank, saying my account has a garnishment served on it stopping me from useing my money.
Saying that I owe the United States of America $2,494.38 for a student loan.
Which I thought was paid off, because for years the government took my tax returns to pay it off.
And when thay stop taking my tax return, that ment to me that my loan was paid off.
After all my school sent back part of the loan, because I got sick and could not complete my studys.
And the loan was only for about $2,500 so will someone explain to me how did $2,500 turn to $2,494.38 when it was not me who did not stop paying but the United States Government stop taking my tax return?
Making me think that the loan was paid off!
And why wait over 20 years to get me to pay this loan again?
This writ is stopping me from getting my prescription, and money I need to see my Doctors, and making it hard for me to get to my part time job.
So plense tell me how I can get a hearing to get this taken care of.

Thank You
John Holly