



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:06CV00398 JGP

UNITED STATES OF AMERICA,
Plaintiff,
v.
John F. Holley
Defendant(s),
and
Chevy Chase Bank
Garnishee

ANSWER OF THE GARNISHEE

______________________________, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

Chevy Chase Bank
6200 Chevy Chase Drive
Laurel, MD 20707
Attn: Garnishment Department

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member ______________________________ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) Garnishment Specialist of Garnishee, Chevy Chase Bank a corporation, organized under the laws of the State of Md, DC, VA, WVA, DEL

On 24 April, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

| Yes | No | |
|---|---|---|
| ___ | X | 1. Defendant was in my/our employ. |

2. Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

| | |
|---|---|
| (a) Gross Pay | $__________ |
| (b) Federal income tax | __________ |
| ©) F.I.C.A. income tax | __________ |
| (d) State income tax | __________ |
| Total of tax withholdings | $__________ |
| Net Wages (a less total of b,c,d) | $__________ |

| Yes | No | |
|---|---|---|
| ___ | X | 4. Have there been previous garnishments in effect. |

If the answer is yes, describe below.

______________________________________________

______________________________________________

______________________________________________

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | 181-325184-3 | 88.30 | personal Chking |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, John F. Holley and that the Garnishee did not have in his/her possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, John F. Holley, 4762 S Capitol Terrace SW, Apt. #C Washington, DC 20032 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 8 May 2007

Garnishee

Printed Name and Title

Sherika Ferguson
Tax Garnishment Specialist
6200 Chevy Chase Drive
Laurel, MD 20707
301-953-8692

Address for further communications

Telephone

301-953-8769

Fax Number

GARNISHEE'S COPY

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

RECEIVED
APR 24 2007
Non-Cash Dept.
OPC 1

UNITED STATES OF AMERICA, )
Plaintiff )

v. )

John F. Holley )
Defendant(s), )
and )
)
Chevy Chase Bank )
Garnishee )

CASE NO. 1:06CV00398 JGP

SSN 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

WRIT OF CONTINUING GARNISHMENT

GREETINGS TO: Chevy Chase Bank
6200 Chevy Chase Drive
Laurel, MD 20707
Attn: Garnishment Department

An application for a Writ of Garnishment against the property of John F. Holley, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $7,494.38, plus costs and interest, computed through April 9, 2007. Debtor's SSN is 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.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: **CLERK, CIVIL DIVISION, UNITED STATES DISTRICT COURT, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001.**