John Holly apt. c
4762 South Capitol Ter; S.W.
Washington D.C. 20032
4/27/07

Case No. 1:06CV00398 JGP

Clerk, Civil Division
United States District Court
333 Constitution Ave N.W.
Washington D.C. 20001

I got a writ from my bank, saying my account has a garnishment served on it stopping me from useing my money.
Saying that I owe the United States of America $2,494.38 for a student loan.
Which I thought was paid off, because for years the government took my tax returns to pay it off.
And when they stop taking my tax return, that ment to me that my loan was paid off.
After all my school sent back part of the loan, because I got sick and could not complete my studys.
And the loan was only for about $2,500 so will someone explain to me how did $2,500 turn to $2,494.38 when it was not me who did not stop paying but the United States Government stop taking my tax return?
Making me think that the loan was paid off!
And why wait over 20 years to get me to pay this loan again?
This writ is stopping me from getting my prescription, and money I need to see my Doctors, and making it hard for me to get to my part time job.
So please tell me how I can get a hearing to get this taken care of.

Thank You
John Holly

**RECEIVED**
MAY 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number:  1:06CV00398 JGP

☑ **I request a hearing or transfer.**

√ I do request a hearing because: As Far as I Know I paid off This loan

\_\_\_\_ I disagree with the reason that the Government gives for taking my property.

√ I do not owe the money to the Government as it says I do.

\_\_\_\_ The property that the Government is taking is exempt.

\_\_\_\_ I request a transfer of the case because I now live in _____.

5.23.07
Date

John Holly
Defendant Signature

4762 South Capitol Ters SW. #C
Address

Wash DC. 20032
Address

(202) 276-0827
Home Phone Number

_____
Work Phone Number

be claimed as exempt.)

(e) _____  Property totaling up to $925 in value, plus up to $8,725 of any unused amount of the exemption provided in number 7(a) above.

(f) _____  $1,750 in equity in professional books, implements or tools, of your trade or your dependent's trade.

(g) ✓  Any unmatured life insurance contract your own, other than credit life insurance.

(h) _____  The aggregate value, up to $9,300 of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependent of the insured.

(i) ✓  Professionally prescribed health aids for you or your dependents.

(j) _____  Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits, and alimony, support, and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependents.

(k) _____  A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependents, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

(l) _____  Your right to receive, or property that is traceable to,
- an award under a crime victim's reparation law;

6

        - a payment on account of the wrongful death of an individual of whom you were a dependent, but only to the extent reasonably necessary for your support or the support of your dependents;

        - a payment under a life insurance contract that insured an individual of whom you were a dependent on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependents;

        - a payment, not to exceed, $17,425, on account of personal bodily injury suffered by you or by an individual of whom you are a dependent; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;

        - a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependent, but only to the extent reasonably necessary for your support or the support of your dependents.

_____   8.   Compensation for war risk hazards (42 U.S.C. § 1717).

### MAJOR EXEMPTIONS UNDER STATE LAW

NOTE: The law of the state where you have been domiciled for at least 180 days governs your rights.

NOTE: If you have selected the Bankruptcy Code exemptions (line 7 above), you may not also claim the state law exemptions listed below. Exemptions provided by New York state Law are as follows:

✓_____   9.   Personal property, certain household property furnishings, certain animals up to $450 in value, wearing apparel, certain jewelry up to $35 in value, certain tools of trade up to $600 in

7