UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff                                 Civil Action No. 06-0398 (JGP)

      v.

JOHN F. HOLLEY,

      Defendant

## ORDER

Pending before the Court is defendant's request for a hearing [docket no. 11]. A hearing shall be held on June 21, 2007 at 1:00 P.M. In anticipation of the hearing, plaintiff shall file a response to defendant's filing [docket no. 11] on or before June 18, 2007. It is hereby

**ORDERED** that a hearing shall be held on June 21, 2007 at 1:00 P.M. in Courtroom 15 on the Sixth Floor of the E. Barrett Prettyman Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that plaintiff shall file a response to defendant's filing [docket no. 11] on or before June 18, 2007.

**DATE: June 5, 2007**

                                                        **JOHN GARRETT PENN**
                                                        **United States District Judge**

**Copy via First-Class Mail to:**
John F. Holley
4762 South Capitol Terrace, S.W.
Apartment C
Washington, DC 20032

Defendant

**Copy via Electronic Case Filing System to:**
Thomas A. Mauro
1020-19th Street, N.W., #400
Washington, D.C. 20036
Attorney for the United States of America