UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06CV0398 (JGP) |
| v. : | |
| : | |
| JOHN F. HOLLEY, : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S MEMORANDUM IN RESPONSE TO
## DEFENDANT'S FILING OF MAY 2, 2007

The United States of America, through Counsel Thomas A. Mauro, hereby files this Memorandum in response to the defendant's filing of May 2, 2007, which consists of the defendant's letter to the Court dated April 27, 2007. In his letter, the defendant states that he believed the debt had been paid because the IRS tax off sets ceased, that he thought the school he attended made a refund to the Government and, finally, that his current medical condition makes it very difficult for him to resolve this debt.

Government Counsel has discussed this matter with the defendant by telephone and is still inquiring as to the second and third points the defendant has made, looking for a way to resolve the matter with the defendant. If this does not occur before the hearing on June 21 the Government will request the Court to continue the matter at that time.

As to the tax off sets which the Defendant believes resolved the debt, there have been three tax set offs in this case. Two, in the amount of $255.00 in 1996 and of $267.00 in 1995 were credited to this debt before the original lawsuit in this matter was filed in 1997. The third in May 1997 in the amount of $593.20 has not been credited to the balance, but will be. There have been no further tax set offs in this case, this debt having been taken off the Tax Offset Program

1

of the IRS when the matter was referred to the Department of Justice for litigation.

Respectfully Submitted,

_____/s/_____
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed, first class mail, postage prepaid t:

Mr. John Holly
4762 South Capitol Terrace, S.W.
Apt. C
Washington, DC 20032

this 18th day of June, 2007.

_____/s/_____
Thomas A. Mauro