*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA,**

       **Plaintiff**　　　　　　　　Civil Action No. 06-0398 (JGP)

       **v.**

**JOHN F. HOLLEY,**

       **Defendant**

## ORDER

For the convenience of the Court, the hearing previously scheduled for June 21, 2007 at 1:00 P.M., is rescheduled to July 10, 2007 at 2:00 P.M. The parties have been alerted by telephone. It is hereby

**ORDERED** that a hearing shall be held on July 10, 2007 at 2:00 P.M. in Courtroom 15 on the Sixth Floor of the E. Barrett Prettyman Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001

**DATE: June 20, 2007**

                                                 **JOHN GARRETT PENN**
                                                 **United States District Judge**

**Copy via First-Class Mail to:**
John F. Holley
4762 South Capitol Terrace, S.W.
Apartment C
Washington, DC 20032
Defendant

**Copy via Electronic Case Filing System to:**
Thomas A. Mauro

1020-19th Street, N.W., #400
Washington, D.C. 20036
Attorney for the United States of America