UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff                             Civil Action No. 06-0398 (JGP)

      v.

JOHN F. HOLLEY,

      Defendant

## ORDER

For the convenience of the Court, the hearing previously scheduled for July 10, 2007 at 2:00 P.M., is continued to a date to be determined. The parties will also be alerted by telephone.

**SO ORDERED**.


DATE: July 5, 2007

                                                    **JOHN GARRETT PENN**
                                                    **United States District Judge**


**Copy via First-Class Mail to:**
John F. Holley
4762 South Capitol Terrace, S.W.
Apartment C
Washington, DC 20032
Defendant


**Copy via Electronic Case Filing System to:**
Thomas A. Mauro
1020-19th Street, N.W., #400
Washington, D.C. 20036
Attorney for the United States of America