CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Case Number 06-0398 (DAR) |
| | ) | |
| JOHN F. HOLLEY | ) | Category J |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 16, 2008 from Judge John Garrett Penn to Magistrate Judge Deborah A. Robinson by direction of the Calendar Committee.

(Case transferred by consent.)

> JUDGE ELLEN S. HUVELLE
> Chair, Calendar and Case
> Management Committee

cc:   Magistrate Judge Robinson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk