UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv00398 (DAR) |
| v. | : | |
| | : | |
| JOHN F. HOLLEY | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

The Court has scheduled a status conference for this case on June 30, 2008 at 11:00 A.M. before Magistrate Judge Deborah A. Robinson, Plaintiff files this updated Status Report.

This case was filed on March 6, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

Defendant was served with the Summons and Complaint on March 23, 2006 (Document # 2), but he failed to answer or respond.

On March 12, 2007, the Court issued an Order advising the defendant to respond to the plaintiff's motion for a default judgment (docket #5) on or before March 20, 2007.

On March 22, 2007, the Court entered a Default Judgment (document # 7) as the defendant did not respond to the Court's Order.

Plaintiff's met with the defendant in 2007 and subsequently recommended that the U.S. Department of Education administratively close out this case.

The U.S. Department of Education has instructed Counsel's Office to close out this case and return file to that agency so that this case may be administratively closed. Therefore, Counsel for the Government advises the court that this case will be close administratively by the U.S. Department of Education.

1

2

In view of the above, Plaintiff request that this case be withdrawn from the Court's schedule status conference set for June 30, 2008 at 11: 00A.M.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Bar 184515
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

John F. Holly
4762 South Capitol Terrace, S.W., Apt. –C
Washington, D.C. 20032

this 24th day of June, 2008.

/s/ Thomas A. Mauro
Thomas A. Mauro